No. 88–630.  ALABAMA v. COX ET AL.  Ct. Crim. App. Ala. Motions of Southern Christian Leadership Conference et al. and National District Attorneys Association, Inc., for leave to file briefs as *amici curiae* granted.  Motion of respondent Cox for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE

WHITE and JUSTICE KENNEDY would grant certiorari.